# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAHARRAH DAVIS, : | |
| *Plaintiff*, : | |
| : | CIVIL ACTION |
| v. : | NO.: 18-0668 |
| : | |
| CITY OF PHILADELPHIA, et al., : | |
| *Defendants*. : | |

## ORDER

**AND NOW**, this 28th day of February, 2019, upon consideration of representations made by counsel in the letter dated February 27, 2019, it is hereby **ORDERED** that the above-referenced matter is **DISMISSED** pursuant to Local Rule 41.1(b).

The Clerk of Court is directed to **CLOSE** this matter for statistical and all other purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.